IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DARNICE COX,

    Plaintiff,

VS.                                    No. 04-1184-T

MAYTAG JACKSON DISHWASHING
PRODUCTS,

    Defendant.

## ORDER OF REFERENCE

The Motion to Continue Trial and to Enter a New Scheduling Order in this action is hereby referred to United States Magistrate Judge Thomas Anderson.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

3 May 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:04-CV-01184 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Christoper H. Steger
MILLER & MARTIN LLP
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT