

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DARNICE COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | NO: 04-1184-T-An |
| ) | |
| MAYTAG JACKSON DISHWASHING ) | |
| PRODUCTS, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
CONTINUE TRIAL AND TO ENTER A NEW SCHEDULING ORDER

It appearing to the Court that counsel for plaintiff has filed his Unopposed Motion to Continue Trial and To Enter a New Scheduling Order and his Certification stating that counsel for defendant has no objection to said continuance and the court finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the trial in this matter be continued and that a new Scheduling Order be entered.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

5 May 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/9/05



APPROVED FOR ENTRY:

WEINMAN & ASSOCIATES

*(signature)*

Michael L. Weinman, #015074
114 S. Liberty Street
P.O. Box 266
Jackson, TN 38302-0266
731-423-5565
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Michael L. Weinman, do hereby certify that a true and exact copy of the foregoing has been mailed, by U.S. mail, postage prepaid, to the following on this the 3rd day of May, 2005.

Christopher H. Steger
MILLER & MARTIN LLP
832 Georgia Ave. - Ste. 1000
Chattanooga, TN 37402-228

*(signature)*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:04-CV-01184 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Christoper H. Steger
MILLER & MARTIN LLP
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

Honorable James Todd
US DISTRICT COURT