IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DARNICE COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.: 04-1184-T-An |
| ) | |
| MAYTAG JACKSON DISHWASHING ) | |
| PRODUCTS, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION TO CONTINUE TRIAL
## AND SETTING TELEPHONE CONFERENCE

Pursuant to an Order of Reference entered May 3, 2005, the Plaintiffs' Motion to Continue Trial and to Enter a New Scheduling Order has been referred to the Magistrate Judge for determination.

It appearing from the motion that the motion is well taken and the Motion to Continue Trial and to Enter a New Scheduling Order is **GRANTED**.

As such, the Court shall conduct a telephone conference on **TUESDAY, JUNE 14, 2005 at 10:30 a.m.** for the purpose of discussing modification of the Scheduling Order and setting a new trial date. Counsel are directed to confer prior to the telephone conference regarding proposed deadlines and a new trial date. Mr. Michael Weinman, counsel for Plaintiff, shall initiate the conference call and shall contact the Court after all other counsel have been

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/26/05

contacted..

**IT IS SO ORDERED.**

                                                   S. Thomas Anderson
                                                  S. THOMAS ANDERSON
                                                  UNITED STATES MAGISTRATE JUDGE

                                                  Date: May 24, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:04-CV-01184 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Christoper H. Steger
MILLER & MARTIN LLP
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

Honorable James Todd
US DISTRICT COURT