ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DARNICE COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) NO: 04-1184-T-An |
| | ) |
| MAYTAG JACKSON DISHWASHING PRODUCTS, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

The plaintiff, Darnice Cox, has notified the Court by stipulation pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure* that she desires to dismiss, with prejudice, her claims against the Defendant, Maytag Jackson Dishwashing Products. It appearing to the Court that all parties are in agreement with the dismissal,

IT IS THEREFORE ORDERED that the causes of action against the Defendant Maytag Jackson Dishwashing Products is hereby dismissed with prejudice and each party is to pay it's own costs and expenses associated with this case.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE 5 December 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/9/05

30

APPROVED FOR ENTRY:

WEINMAN & ASSOCIATES

_____
Michael L. Weinman, #015074
114 S. Liberty Street
P.O. Box 266
Jackson, TN 38302-0266
731-423-5565
*Attorney for Plaintiff*

_____
Mr. Maury Nicely - # 018997
MILLER & MARTIN LLP
832 Georgia Ave. - Ste. 1000
Chattanooga, TN 37402-228
*Attorney for Defendant*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:04-CV-01184 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Christoper H. Steger
MILLER & MARTIN LLP
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

C. Maury Nicely
MILLER & MARTIN LLP
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

Honorable James Todd
US DISTRICT COURT